**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STELLA VELEZ-SANTIAGO** | : | |
| ***Plaintiff*** | : | |
| | : | |
| **v.** | : | **CIVIL NO. 24-6383** |
| | : | |
| **CAMPBELL's SOUP COMPANY, et al.,** | : | |
| ***Defendants*** | : | |

**O R D E R**

**AND NOW,** this 27th day of July, 2026, upon consideration of Defendants Campbell's Soup Company, Pepperidge Farm Incorporated, and Sherrie Cook's Motion for Summary Judgment (ECF No. 21), it is hereby **ORDERED** that the Motion is **DENIED**.

**BY THE COURT:**

/s/ Catherine Henry

**HON. CATHERINE HENRY**
**United States District Court Judge**